IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:11–CV–00126–FL

| | | |
|---|---|---|
| PATRICK S. HARDISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| THE ROBERTS COMPANY FABRICATION SERVICES, INC. d/b/a THE ROBERTS COMPANY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff and Defendant, through counsel, have filed a Joint Motion to Remand [DE # 29 ] this case to state court. This court finds:

1. This action was originally filed in state court and was properly removed based upon federal question jurisdiction and supplemental jurisdiction over state law claims.

2. The federal question claims have been voluntarily dismissed from this case.

3. The dismissal of the federal claims was done in good faith.

4. The case is still in the very early stages of discovery.

5. The remaining state law claims sound in Workers Compensation and purely North Carolina law.

6. The principles of judicial economy and comity would be better served by a remand of this case to state court.

7. The Parties have jointly moved this court to remand.

1

8. This Court has made a proper determination that it would be inappropriate to retain jurisdiction over this case, and this Court exercises its discretion to decline jurisdiction and to remand this case to state court.

IT IS HEREBY ORDERED that the Joint Motion to Remand [DE# 29 ] is GRANTED and that this case is remanded to the Superior Court Division of Pitt County, North Carolina.

This the 13th day of December, 2011.

_____
LOUISE W. FLANAGAN
United States District Judge